UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN PASCAL, | No. 1:26-cv-0429 DAD CKD P |
| Petitioner, | |
| v. | ORDER |
| WARDEN OF THE CALIFORNIA CITY DETENTION CENTER, | |
| Respondent. | |

Petitioner, an Immigration and Customs Enforcement detainee, has filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 along with a motion for appointment of counsel. Petitioner has not, however, filed a request to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a); 1915(a). Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an application to proceed in forma pauperis; petitioner's failure to comply with this order will result in a recommendation that this action be dismissed; and

/////

/////

/////

/////

1

2.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis application used by this district.

Dated:  January 22, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
pasc0429.ifp

2